Southern District of Ga.
Filed in Office

5·4 _____ 20 18
off
Deputy Clerk

PS 10
(8/88)

4:18 MJ 29

# United States District Court
## for the
## District of New Jersey

U.S.A. vs Christine Lockett

Docket No. 18-CR-00070-1

## TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |

| NAME OF DEFENDANT | SEX | RACE | AGE |
|---|---|---|---|
| Christine Lockett | f | b | 27 |

**ADDRESS(STREET, CITY, STATE)**
Georgia Regional Hospital at Savannah      or   Residence at 3001 Amherst Street, Brunswick, Georgia 31520
1915 Eisenhower Drive
Savannah, Georgia 31406
912-650-3350

**TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)**
District of New Jersey
Newark, New Jersey 07101

| CLERK  Tim Gorman | (BY) DEPUTY CLERK | DATE 5/4/18 |
|---|---|---|

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

**U.S.A. vs. Lockett, Christine**                          Docket No. **18-CR-00070-1**

### (SEALED)
### Petition for Action on Conditions of Pretrial Release

COMES NOW ELIZABETH AUSON PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Christine Lockett who was placed under pretrial release supervision by the **HONORABLE CATHY L. WALDOR** sitting in the Court at **50 Walnut Street, Newark, New Jersey** on August 4, 2017, under the following conditions:

A $100,00 unsecured appearance bond cosigned by her sister April Gerald.
1. Pretrial Services supervision.
2. Surrender all passports and do not re-apply for new ones.
3. Travel is restricted to New Jersey, Georgia and Florida unless approved by Pretrial Services.
4. Substance abuse testing and/or treatment as directed by Pretrial Services.
5. Mental health testing and /or treatment as directed by Pretrial Services.
6. Maintain current residence or a residence approved by Pretrial Services.
7. Maintain or commence education program.
8. Clear Glynn County Georgia bench warrant.

On February 15, 2018, the defendant appeared before Your Honor for a Bail Review Hearing to address non-compliance with release conditions. At that time, bail was modified to allow the defendant to relocate with her sister. The defendant was also directed to comply with supervision, treatment appointments and address the open bench warrant within 30 days.

The defendant is pending sentencing on June 5, 2018 before the Honorable Jose L. Linares, Chief U.S. District Judge.

Respectfully presenting petition for action of Court and for cause as follows:
[SEE ATTACHED ADDENDUM]

**Praying that the Court will order that a warrant will be issued for the defendant's arrest.**
**THIS PETITION SHALL BE SEALED UNTIL SUCH TIME AS THE WARRANT**
**IS EXECUTED AND UPON FURTHER ORDER OF THE COURT.**

ORDER OF COURT

Considered and ordered this _____ day
of _____ _____ and ordered filed
and made a part of the records in the above
case.

_____
The Honorable Cathy L. Waldor
U.S. Magistrate Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on _____

_____
Elizabeth Auson
U.S. Pretrial Services Officer